**STATE of Missouri, Respondent,**

v.

**Jason J. BRIOR, Appellant.**

**WD 77581**

Missouri Court of Appeals, Western District.

ORDER FILED: August 25, 2015

Emmett Queener, Columbia, MO, Counsel for Appellant

Daniel McPherson, Jefferson City, MO, Counsel for Respondent

Before Division One: Cynthia L. Martin, P.J., Joseph M. Ellis, and James Edward Welsh, JJ.

## ORDER

Per Curiam:

Jason J Brior appeals from the circuit court's judgment convicting him of statutory sodomy in the first degree, sexual exploitation of a minor, and possession of child pornography following a jury trial. We affirm. Rule 30.25(b).